

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2015

No. 04-15-00163-CR

Elias **RAMON-SANCHEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0486-CR-A
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

Before the Court is the State's motion for extension of time to file brief. The motion is granted in part. The State's brief is due to be filed on or before December 18, 2015. **FURTHER EXTENSIONS OF TIME ARE DISFAVORED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court